**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Vipul B Patel, et al.
                                  Plaintiff,

v.                                                                   Case No.: 1:17–cv–04008
                                                                    Honorable Amy J. St. Eve

Zillow, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 19, 2017:

       MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/19/2017 and continued to 10/10/17 at 8:30 a.m. Defendants' motion to dismiss [16] is entered. Response by 7/17/17. Reply by 8/7/17. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.