IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIPUL B. PATEL; BHASKER T. PATEL and JYOTSNA B. PATEL, as co-trustees of the Jyotsna B. Patel Living Trust dated March 9, 2001; and CASTLE BLDRS.COM, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC. and ZILLOW GROUP, INC.,<br><br>Defendants. | Case No. 1:17-cv-04008 |

## ADDENDUM TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Zillow, Inc. and Zillow Group, Inc. (collectively, "Zillow") seek to advise the Court and the parties that a long-standing feature of the Zillow website, the "Owners' Estimate" feature that allows users to input their own estimated value of their home, is currently offline while portions of the Zillow website are redesigned. The feature is expected to be re-enabled in the near future. Zillow cited a portion of a Zillow webpage that referenced this feature on page 5 of Zillow's Memorandum in Support of its Motion to Dismiss (Dkt. No. 18), but it did not additionally note that the feature is temporarily offline. The cited webpage has been updated to reflect that the feature is currently offline. *See* Zillow, What is a Zestimate? https://www.zillow.com/zestimate/ (last visited July 11, 2017).

-1-

136182887.1

-2-

Dated: July 12, 2017                                    ZILLOW, INC. AND ZILLOW GROUP, INC.

                                              By:  /s/ Rebecca S. Engrav
                                                         One of Their Attorneys

Eric D. Brandfonbrener, ARDC #6195674
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Tel: (312) 324-8400 / Fax: (312) 324-9400
ebrand@perkinscoie.com

Rebecca S. Engrav, *admitted pro hac vice*
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Tel: (206) 359-8000 / Fax: (206) 359-9000
rengrav@perkinscoie.com

Eugene Volokh, *admitted pro hac vice*
Mayer Brown LLP
350 South Grand Avenue, Suite 2500
Los Angeles, CA  90071
Tel: (310) 206-3926
evolokh@mayerbrown.com

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Barbara Andersen
ANDERSEN LAW LLC
2862 Commons Drive
Glenview, IL 60026
Tel: (708) 805-1123
bandersen@andersen-law.com

David A. Novoselsky
NOVOSELSKY LAW OFFICES
25 North County Street
Waukegan, IL 60085
Tel: (847) 782-5800
dnovo@novoselsky.com

C. Jeffrey Thut
NOONAN PERILLO & THUT LTD.
25 North County Street
Waukegan, IL 60085
Tel: (847) 244-0111
jthut@npt-law.com

                                                  By:    /s/ Rebecca S. Engrav

Rebecca S. Engrav, *admitted pro hac vice*
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8000 / Fax: (206) 359-9000
rengrav@perkinscoie.com

136182887.1